UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER BRENNAN, JANEE EVANS, COREY MORIYAMA, STEPHANIE SCHAEFER, and PAM WARREN, Individually and on Behalf of All Others Similarly Situated, on Behalf of the PROVIDENCE HEALTH 401(K) SAVINGS PLAN and the ST. JOSEPH AND COVENANT HEALTH SYSTEMS 401(K) PLAN | Case No. |
| Plaintiffs, | **NOTICE OF RELATED CASE** |
| v. | |
| PROVIDENCE HEALTH & SERVICES; ST. JOSEPH HEALTH SYSTEM; BOARD OF DIRECTORS OF PROVIDENCE ST. JOSEPH HEALTH, and its members; PROVIDENCE HEALTH & SERVICES TOTAL REWARDS MANAGEMENT COMMITTEE, and its members; INVESTMENT REVIEW COMMITTEE OF PROVIDENCE ST. JOSEPH HEALTH, and its members | |
| Defendants. | |

NOTICE OF RELATED CASE - 1

**TOWNSEND LEGAL, PLLC**
380 Winslow Way, Suite 200
Bainbridge Island, WA 98110 Tel: 206-761-2480

PLEASE TAKE NOTICE that pursuant to LCR 3(g) Plaintiff provides notice to the Court of the following related case against certain of the Defendants concerning a similar subject matter:

*Victoria Halter v. Providence Health & Services, et al*., No. 2:25-cv-00210-JNW (WDWA filed October 31, 2024), Judge Jamal N. Whitehead.

The above-referenced case is a class action on behalf of participants of the Providence Health & Services 401(k) Savings Plan (the "Plan") against Providence Health & Services and the Providence Health & Services Total Rewards Management Committee, alleging violations of ERISA as a result of Defendants' misuse of employer contributions to the Plan.

Dated: April 17, 2026

TOWNSEND LEGAL, PLLC

By: _/s Roger M. Townsend_
Roger M. Townsend, WSBA# 25525
380 Winslow Way, Suite 200
Bainbridge Island, WA 98110
Phone: (206) 761-2480
Fax:    (206) 455-9555
roger@townsendlegal.com

*Attorneys for Plaintiffs, the Plans, and the Proposed Class*

OF COUNSEL

Melinda A. Nicholson (Bar No. 24140232)*
Michael J. Palestina (LA Bar No. 31907)*
John A. Carriel (DC Bar No. 888241661)*
Gina M. Palermo (LA Bar No. 33307)*
KAHN SWICK & FOTI, LLC
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 648-1842
Facsimile: (504) 455-1498
Email: melinda.nicholson@ksfcounsel.com

NOTICE OF RELATED CASE - 2

**TOWNSEND LEGAL, PLLC**
380 Winslow Way, Suite 200
Bainbridge Island, WA 98110 Tel: 206-761-2480

Email: michael.palestina@ksfcounsel.com
Email: john.carriel@ksfcounsel.com
Email: gina.palermo@ksfcounsel.com

*Pro Hac Vice Applications Forthcoming*

*Attorneys for Plaintiffs, the Plans, and the Proposed Class*

NOTICE OF RELATED CASE - 3

**TOWNSEND LEGAL, PLLC**
380 Winslow Way, Suite 200
Bainbridge Island, WA 98110 Tel: 206-761-2480