

P26702028

AFFIDAVIT OF SERVICE

KAHN SWICK & FOTI LLC - ANGELA PETRILLO
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

PETER BRENNAN, ETAL

PLAINTIFF

- vs -

PROVIDENCE HEALTH & SERVICES, ETAL

DEFENDANT

index No. 2:26-CV-01324-JHC
Date Filed
File No.
Court Date:
AFFIDAVIT OF SERVICE

STATE OF __Washington__ , COUNTY OF __Thurston__ :SS:

__Cam Harris__ , being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of __WA__ .

On __4/22/26__ at __1:57 pm__ ,

at **C/O CT CORPORATION SYSTEM 711 CAPITOL WAY S, SUITE 204 OLYMPIA, WA 98501**

deponent served the within **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT** on: **PROVIDENCE HEALTH & SERVICES TOTAL REWARDS MANAGEMENT COMMITTEE, AND ITS MEMBERS**, the **DEFENDANT** therein named.

___ #1 INDIVIDUAL
By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

___ #2 CORPORATION
By delivering a true copy of each personally to
__Jeff Miller__ ,

Deponent knew the person to be serve to be the (title)
__Customer Service Associate__
who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the **DEFENDANT**.

___ #3 SUITABLE AGE PERSON
By delivering a true copy of each to _____ a person of suitable age and discretion.
Said premises is **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

___ #4 AFFIXING TO DOOR
By affixing a true copy of each to the door of said premises, which is **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

Address confirmed by _____

___ #5 MAIL COPY
On _____ ~~I deposited in the United States mail a true~~ copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper

addressed to the above address. Copy mailed 1ˢᵗ class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

___ #6 DESCRIPTION
(USE WITH #1, 2 OR 3)
Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.
Sex: __M__    Color: __White__    Hair: __Bald__
Age: __45__    Height: __6'__    Weight: __200__
OTHER IDENTIFYING FEATURES: _____

___ #7 WITNESS FEES
The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____

___ #8 MILITARY SRVC
Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that DEFENDANT was not.

___ #9 OTHER

Sworn to before me this
__29__ day of __April 2026__

_____
NOTARY NAME & DATE

We Serve Law
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-WSL1174-26702028