

P26702036

AFFIDAVIT OF SERVICE

KAHN SWICK & FOTI LLC - ANGELA PETRILLO
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PETER BRENNAN, ETAL | index No. 2:26-CV-01324-JHC |
| PLAINTIFF | Date Filed |
| - vs - | File No. |
| PROVIDENCE HEALTH & SERVICES, ETAL | Court Date: |
| DEFENDANT | AFFIDAVIT OF SERVICE |

STATE OF __Washington__ , COUNTY OF __Thurston__ :SS:

__Cam Haines__ , being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of __WA__ .

On __4/22/26__ at __1:57pm__ ,

at **C/O CT CORPORATION SYSTEM 711 CAPITOL WAY S, SUITE 204  OLYMPIA, WA 98501**

deponent served the within **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT** on: **INVESTMENT REVIEW COMMITTEE OF PROVIDENCE ST. JOSEPH HEALTH, AND ITS MEMBERS**, the **DEFENDANT** therein named.

___ **#1 INDIVIDUAL** By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

___ **#2 CORPORATION** By delivering a true copy of each personally to __Scott Minor__ ,

Deponent knew the person to be serve to be the (title)
__C.S.A__ .
who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the **DEFENDANT**.

___ **#3 SUITABLE AGE PERSON** By delivering a true copy of each to _____ a person
of suitable age and discretion.
Said premises is **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

___ **#4 AFFIXING TO DOOR** By affixing a true copy of each to the door of said premises, which is **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat

| on the _____ | day of _____ | at _____ |
|---|---|---|
| on the _____ | day of _____ | at _____ |
| on the _____ | day of _____ | at _____ |
| on the _____ | day of _____ | at _____ |

Address confirmed by _____

___ **#5 MAIL COPY** On _____ ~~I deposited in the United States mail a true copy~~ of the aforementioned documents properly enclosed and sealed in a post-paid wrapper

addressed to the above address. Copy mailed 1ˢᵗ class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

___ **#6 DESCRIPTION** Deponent describes the person served as aforesaid to the best of
(USE WITH #1, 2 OR 3) deponent's ability at the time and circumstances of the service as follows.

Sex: __M__    Color: __Whit__    Hair: __Bald__
Age: __45__    Height: __6__    Weight: __200__
OTHER IDENTIFYING FEATURES: _____

___ **#7 WITNESS FEES** The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____

___ **#8 MILITARY SRVC** Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States government or of the State of _____ and was informed that **DEFENDANT** was not.

___ **#9 OTHER**

Sworn to before me this
__20__ day of __Apr 2026__

_____
NOTARY NAME & DATE

NOTARY
---
PUBLIC

_____

We Serve Law
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-WSL1174-26702036