

P26702010

AFFIDAVIT OF SERVICE

KAHN SWICK & FOTI LLC - ANGELA PETRILLO
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PETER BRENNAN, ETAL | index No. 2:26-CV-01324-JHC |
| | Date Filed |
| PLAINTIFF | File No. |
| - vs - | Court Date: |
| PROVIDENCE HEALTH & SERVICES, ETAL | |
| DEFENDANT | AFFIDAVIT OF SERVICE |

STATE OF _Washington_ , COUNTY OF _Thurston_ :SS:

_Cam Haines_ , being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of _WA_ .

On _4|22|26_ at _1:57 pm_ ,

at **C/O CT CORPORATION SYSTEM 711 CAPITOL WAY S, SUITE 204 OLYMPIA, WA 98501**

deponent served the within **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT** on: **THE BOARD OF DIRECTORS OF PROVIDENCE ST. JOSEPH HEALTH, AND ITS MEMBERS**, the **DEFENDANT** therein named.

____#1 INDIVIDUAL
By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

____#2 CORPORATION
By delivering a true copy of each personally to _Jeff Minch_ ,

Deponent knew the person to be served to be the (title) _Customer Service Associate_
who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the **DEFENDANT**.

____#3 SUITABLE AGE PERSON
By delivering a true copy of each to _____ a person of suitable age and discretion.
Said premises is **DEFENDANT**'s: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

____#4 AFFIXING TO DOOR
By affixing a true copy of each to the door of said premises, which is **DEFENDANT**'s: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat

| on the _____ | day of _____ | at _____ |
|---|---|---|
| on the _____ | day of _____ | at _____ |
| on the _____ | day of _____ | at _____ |
| on the _____ | day of _____ | at _____ |

Address confirmed by _____

____#5 MAIL COPY
~~On _____ I deposited in the United States mail a true copy~~ of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

____#6 DESCRIPTION (USE WITH #1, 2 OR 3)
Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.
Sex: _M_     Color: _White_     Hair: _Bald_
Age: _45_     Height: _6_     Weight: _200_
OTHER IDENTIFYING FEATURES: _____

____#7 WITNESS FEES
The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____

____#8 MILITARY SRVC
Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

____#9 OTHER

Sworn to before me this _29_ day of _April_ _2026_

_____
NOTARY NAME & DATE

[Notary seal: SAMANTHA ___ 189547 NOTARY PUBLIC COMMISSION EXPIRES 01.06.29 STATE OF WASHINGTON]

_____

We Serve Law
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-WSL1174-26702010