**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| PETER BRENNAN, JANEE EVANS, COREY MORIYAMA, STEPHANIE SCHAEFER, and PAM WARREN, Individually and on Behalf of All Others Similarly Situated, on Behalf of the PROVIDENCE HEALTH 401(K) SAVINGS PLAN and the ST. JOSEPH AND COVENANT HEALTH SYSTEMS 401(K) PLAN<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENCE HEALTH & SERVICES; ST. JOSEPH HEALTH SYSYTEM; BOARD OF DIRECTORS OF PROVIDENCE ST. JOSEPH HEALTH, and its members; PROVIDENCE HEALTH & SERVICES TOTAL REWARDS MANAGEMENT COMMITTEE, and its members; INVESTMENT REVIEW COMMITTEE OF PROVIDENCE ST. JOSEPH HEALTH, and its members<br><br>Defendants. | Case No. 2:26-cv-01324<br><br>NOTICE OF APPEARANCE ON BEHALF OF PROVIDENCE HEALTH & SERVICES; ST. JOSEPH HEALTH SYSTEM; BOARD OF DIRECTORS OF PROVIDENCE ST. JOSEPH HEALTH; PROVIDENCE HEALTH & SERVICES TOTAL REWARDS MANAGEMENT COMMITTEE; AND INVESTMENT REVIEW COMMITTEE OF PROVIDENCE ST. JOSEPH HEALTH<br><br>**[CLERKS ACTION REQUIRED]** |

TO**:**         CLERK OF THE COURT

AND TO**:**      PETER BRENNAN, JANEE EVANS, COREY MORIYAMA, STEPHANIE SCHAEFER, PAM WARREN *et al.* AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that the undersigned appear as counsel for Providence Health &

Services; St. Joseph Health System; Board of Directors of Providence St. Joseph Health;

NOTICE OF APPEARANCE ON BEHALF OF PROVIDENCE
DEFENDANTS - 1
CASE NO. 2:26-CV-01324

**Arnold & Porter**
1420 5th Avenue, Suite 1400
Seattle, WA 98101
Telephone: +1 206.288.0110

Providence Health & Services Total Rewards Management Committee; and Investment Review Committee of Providence St. Joseph Health, without waiving objections as to improper service or jurisdiction, in the above-titled action. You are requested to serve all further papers and pleadings in this matter, except original process, upon the undersigned counsel.

DATED this 3rd day of June, 2026.

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/Pallavi M. Wahi*
     Pallavi M. Wahi, WSBA # 32799

*/s/ Katherine L. Hollingsworth*
Katherine L. Hollingsworth, WSBA # 61304
1420 5th Avenue, Suite 1400
Seattle, WA 98101
Phone: (206) 288-0110
Email: pallavi.wahi@arnoldporter.com
         katie.hollingsworth@arnoldporter.com

*Attorneys for Defendants Providence Health & Services; St. Joseph Health System; Board of Directors of Providence St. Joseph Health; Providence Health & Services Total Rewards Management Committee; and Investment Review Committee of Providence St. Joseph Health*

NOTICE OF APPEARANCE ON BEHALF OF PROVIDENCE
DEFENDANTS - 2
CASE NO. 2:26-CV-01324

**Arnold & Porter**
1420 5th Avenue, Suite 1400
Seattle, WA 98101
Telephone: +1 206.288.0110

## CERTIFICATE OF SERVICE

I certify that on June 3, 2026, I arranged for the foregoing document to be served on the parties listed below.

Roger M. Townsend
380 Winslow Way, Suite 200
Bainbridge Island, WA 98110
Phone: (206) 761-2480
Fax: (206) 455-9555
Email: roger@townsendlegal.com

Melinda A. Nicholson
Michael J. Palestina
John A. Carriel
Gina M. Palermo
KAHN SWICK & FOTI, LLC
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 648-1842
Facsimile: (504) 455-1498
Email: melinda.nicholson@ksfcounsel.com
        michael.palestina@ksfcounsel.com
        john.carriel@ksfcounsel.com
        gina.palermo@ksfcounsel.com

By: *s/ Katherine L. Hollingsworth*
Katherine L. Hollingsworth, WSBA #61304

NOTICE OF APPEARANCE ON BEHALF OF PROVIDENCE
DEFENDANTS - 3
CASE NO. 2:26-CV-01324

**Arnold & Porter**
1420 5th Avenue, Suite 1400
Seattle, WA 98101
Telephone: +1 206.288.0110