The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETER BRENNAN, JANEE EVANS, COREY MORIYAMA, STEPHANIE SCHAEFER, and PAM WARREN, Individually and on Behalf of All Others Similarly Situated, on Behalf of the PROVIDENCE HEALTH 401(k) SAVINGS PLAN and the ST. JOSEPH AND COVENANT HEALTH SYSTEMS 401(K) PLAN

Plaintiffs,

vs.

PROVIDENCE HEALTH & SERVICES; ST. JOSEPH HEALTH SYSTEM; BOARD OF DIRECTORS OF PROVIDENCE ST. JOSEPH HEALTH, and its members; PROVIDENCE HEALTH & SERVICES TOTAL REWARDS MANAGEMENT COMMITTEE, and its members; INVESTMENT REVIEW COMMITTEE OR PROVIDENCE ST. JOSEPH HEALTH, and its members

Defendants.

Case No. 2:26-cv-01324-JHC

**STIPULATED MOTION FOR EXTENSION OF DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT AND [PROPOSED] ORDER**

**NOTED: JUNE 5, 2026**

Plaintiffs Peter Brennan, Janee Evans, Corey Moriyama, Stephanie Schaefer, and Pam Warren, individually and on behalf of the Providence Health 401(k) Savings Plan and the St. Joseph and Covenant Health Systems 401(k) Plan ("Plaintiffs") and Defendants Providence Health & Services; St. Joseph Health System; Board of Directors of Providence St. Joseph Health, and its

STIPULTED MOTION FOR EXTENSION OF DEADLINE
TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER – 1
No. 2:26-CV-01324-JHC

**Arnold & Porter Kaye Scholer LLP**
U.S. Bank Center
1420 5th Avenue, Suite 1400
Seattle, WA 98101

members; Providence Health & Services Total Rewards Management Committee, and its members; Investment Review Committee of Providence St. Joseph Health, and its members (collectively, "Defendants") stipulate, pursuant to Local Rule CR 7(d)(1) and Local Rule 10(g), to extend Defendants' deadline to respond to Plaintiffs' Complaint by thirty days from June 9, 2026 to July 9, 2026.

Defendants recently retained counsel to represent them in connection with this matter and respectfully request this brief extension to provide counsel with adequate time to investigate and consider the allegations in the Complaint. The parties conferred collaboratively and in good faith and Plaintiffs' counsel has consented to this extension. Accordingly, Defendants respectfully submit that good cause exists for this extension.

This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim, or objection.

IT IS SO STIPULATED by and between the parties that Defendants' deadline shall be extended from June 9, 2026 to July 9, 2026.

DATED this 5th day of June, 2026.

ARNOLD & PORTER KAYE SCHOLER LLP

By:  *s/ Pallavi Mehta Wahi*
Pallavi Mehta Wahi, WSBA # 32799
Katherine L. Hollingsworth, WSBA # 61304
1420 5th Avenue, Suite 1400
Seattle, WA 98104
Phone: (206) 288-0110
Email: pallavi.wahi@arnoldporter.com
        katie.hollingworth@arnoldporter.com

*Attorneys for Defendants*

STIPULTED MOTION FOR EXTENSION OF DEADLINE
TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER – 2
No. 2:26-CV-01324-JHC

**Arnold & Porter Kaye Scholer LLP**
U.S. Bank Center
1420 5th Avenue, Suite 1400
Seattle, WA 98101

**KAHN SWICK & FOTI, LLC**

By: _s/ Melinda A. Nicholson_
Melinda A. Nicholson (Bar No. 24140232)
Michael J. Palestina (LA Bar No. 31907)
John A. Carriel (DC Bar No. 888241661)
Gina M. Palermo (LA Bar No. 33307)
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 648-1842
Facsimile: (504) 455-1498
Email: melinda.nicholson@ksfcounsel.com
Email: michael.palestina@ksfcounsel.com
Email: john.carriel@ksfcounsel.com
Email: gina.palermo@ksfcounsel.com

**TOWNSEND LEGAL, PLLC**

Roger M. Townsend, WSBA # 25525
380 Winslow Way, Suite 200
Bainbridge Island, WA 98110
Phone: (206) 761-2480
Fax: (206) 455-9555
Email: roger@townsendlegal.com


_Attorneys for Plaintiffs, the Plans, and the Proposed Class_

STIPULTED MOTION FOR EXTENSION OF DEADLINE
TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER – 3
No. 2:26-CV-01324-JHC

**Arnold & Porter Kaye Scholer LLP**
U.S. Bank Center
1420 5th Avenue, Suite 1400
Seattle, WA 98101

**[PROPOSED] ORDER**

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Defendants' deadline to respond to Plaintiffs' complaint shall be extended thirty days from June 9, 2026 to July 9, 2026.

IT IS SO ORDERED

DATED this _____ day of _____, 2026.

_____

The Honorable John H. Chun
United States District Judge

Presented by:

**KAHN SWICK & FOTI, LLC**

By: *s/ Melinda A. Nicholson*
Melinda A. Nicholson (Bar No. 24140232)
Michael J. Palestina (LA Bar No. 31907)
John A. Carriel (DC Bar No. 888241661)
Gina M. Palermo (LA Bar No. 33307)
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 648-1842
Facsimile: (504) 455-1498
Email: melinda.nicholson@ksfcounsel.com
Email: michael.palestina@ksfcounsel.com
Email: john.carriel@ksfcounsel.com
Email: gina.palermo@ksfcounsel.com

**TOWNSEND LEGAL, PLLC**

Roger M. Townsend, WSBA # 25525
380 Winslow Way, Suite 200
Bainbridge Island, WA 98110
Phone: (206) 761-2480
Fax: (206) 455-9555
Email: roger@townsendlegal.com

*Attorneys for Plaintiffs, the Plans, and the Proposed Class*

STIPULTED MOTION FOR EXTENSION OF DEADLINE
TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER – 4
No. 2:26-CV-01324-JHC

Arnold & Porter Kaye Scholer LLP
U.S. Bank Center
1420 5th Avenue, Suite 1400
Seattle, WA 98101

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: _s/ Pallavi Mehta Wahi_
Pallavi Mehta Wahi, WSBA # 32799
Katherine L. Hollingsworth, WSBA # 61304
1420 5th Avenue, Suite 1400
Seattle, WA 98104
Phone: (206) 288-0110
Email: pallavi.wahi@arnoldporter.com
        katie.hollingworth@arnoldporter.com

*Attorneys for Defendants*

STIPULTED MOTION FOR EXTENSION OF DEADLINE
TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER – 5
No. 2:26-CV-01324-JHC

**Arnold & Porter Kaye Scholer LLP**
U.S. Bank Center
1420 5th Avenue, Suite 1400
Seattle, WA 98101