UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETER BRENNAN, JANEE EVANS, COREY MORIYAMA, STEPHANIE SCHAEFER, and PAM WARREN, Individually and on Behalf of All Others Similarly Situated, on Behalf of the PROVIDENCE HEALTH 401(K) SAVINGS PLAN and the ST. JOSEPH AND COVENANT HEALTH SYSTEMS 401(K) PLAN

Plaintiffs,

v.

PROVIDENCE HEALTH & SERVICES; ST. JOSEPH HEALTH SYSTEM; BOARD OF DIRECTORS OF PROVIDENCE ST. JOSEPH HEALTH, and its members; PROVIDENCE HEALTH & SERVICES TOTAL REWARDS MANAGEMENT COMMITTEE, and its members; INVESTMENT REVIEW COMMITTEE OF PROVIDENCE ST. JOSEPH HEALTH, and its members

Defendants.

Case No. 2:26-cv-01324-JHC

**STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND ORDER**

**NOTED: July 15, 2026**

STIPULATED MOTION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS

NO. 2.26-CV-01324 - 1

Plaintiffs, Peter Brennan, Janee Evans, Corey Moriyama, Stephanie Schaefer, and Pam Warren ("Plaintiffs"), individually and on behalf of the Providence Health 401(k) Savings Plan and the St. Joseph and Covenant Health Systems 401(k) Plan (the "Plans"), and Defendants Providence Health & Services; St. Joseph Health System; Board of Directors of Providence St. Joseph Health, and its members; Providence Health & Services Total Rewards Management Committee, and its members; Investment Review Committee of Providence St. Joseph Health, and its members (collectively, "Defendants") stipulate, pursuant to Local Rule CR 7(d)(1) and Local Rule 10(g), to extend Plaintiffs' deadline to respond to Defendants' Motion to Dismiss by thirty days, from July 30, 2026 to August 31, 2026, and to extend Defendants' deadline to file reply papers by twenty-one days, or until September 28, 2026.

Defendants filed their Motion to Dismiss on July 9, 2026. Pursuant to Local Rule 7(d)(4), Plaintiffs' response is currently due on July 30, 2026. This is an ERISA action involving alleged fiduciary duty breaches under 29 U.S.C. § 1132(a)(2) and 1132(a)(3), and challenges to an investment option within the Plans' investment lineup. Defendants' Motion to Dismiss raises a number of distinct grounds for dismissal and spans 24 pages, presenting substantial legal and factual issues that require careful analysis. The requested extension will permit the Parties to prepare thorough and well-supported responses that will assist the Court in resolving the motion, and will promote the efficient use of the parties' and the Court's resources.

The parties further state that this is the first request for an extension of these deadlines. The parties have conferred collaboratively and in good faith, and both parties' counsel have consented to this extension. No party will be prejudiced by this request. Accordingly, the Parties respectfully submit that good cause exists for this extension.

IT IS STIPULATED by and between the parties that Plaintiffs' deadline to respond to Defendants' Motion to Dismiss shall be extended from July 30, 2026 to August 31, 2026, and Defendants' deadline to file a reply shall be extended until September 28, 2026.

Dated: July 15, 2026

TOWNSEND LEGAL, PLLC

By: _/s Roger M. Townsend_
Roger M. Townsend, WSBA# 25525
380 Winslow Way, Suite 200
Bainbridge Island, WA 98110
Phone: (206) 761-2480
Fax:     (206) 455-9555
roger@townsendlegal.com

KAHN SWICK & FOTI, LLC
Melinda A. Nicholson (Bar No. 24140232)
Michael J. Palestina (LA Bar No. 31907)
John A. Carriel (DC Bar No. 888241661)
Gina M. Palermo (LA Bar No. 33307)
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 648-1842
Facsimile: (504) 455-1498
Email: melinda.nicholson@ksfcounsel.com
Email: michael.palestina@ksfcounsel.com
Email: john.carriel@ksfcounsel.com
Email: gina.palermo@ksfcounsel.com

_Attorneys for Plaintiffs, the Plans, and the Proposed Class_

And

ARNOLD & PORTER KAYE SCHOLER LLP

By: _s/ Pallavi Mehta Wahi_
Pallavi Mehta Wahi, WSBA # 32799
Katherine L. Hollingsworth, WSBA # 61304
1420 5th Avenue, Suite 1400
Seattle, WA 98104
Phone: (206) 288-0110
Email: pallavi.wahi@arnoldporter.com
katie.hollingworth@arnoldporter.com

_Attorneys for Defendants_

STIPULATED MOTION AND ORDER TO EXTEND
BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO
DISMISS

NO. 2.26-CV-01324 - 3

## ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Plaintiffs' deadline to respond to Defendants' Motion to Dismiss shall be extended from July 30, 2026 to August 31, 2026, and Defendants' deadline to file a reply shall be extended to September 28, 2026.

IT IS SO ORDERED.

DATED this 15th day of July, 2026.

John H. Chun
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND
BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO
DISMISS

NO. 2.26-CV-01324 - 4