**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

PETER BRENNAN, JANEE EVANS, COREY MORIYAMA, STEPHANIE SCHAEFER, and PAM WARREN, Individually and on Behalf of All Others Similarly Situated, on Behalf of the PROVIDENCE HEALTH 401(K) SAVINGS PLAN and the ST. JOSEPH AND COVENANT HEALTH SYSTEMS 401(K) PLAN

Plaintiffs,

v.

PROVIDENCE HEALTH & SERVICES; ST. JOSEPH HEALTH SYSTEM; BOARD OF DIRECTORS OF PROVIDENCE ST. JOSEPH HEALTH, and its members; PROVIDENCE HEALTH & SERVICES TOTAL REWARDS MANAGEMENT COMMITTEE, and its members; INVESTMENT REVIEW COMMITTEE OF PROVIDENCE ST. JOSEPH HEALTH, and its members

Defendants.

Case No. 2:26-cv-01324-JHC

**ORDER**

This matter comes before the Court on Defendants' Motion to Stay Discovery. Dkt. # 36. The Court has considered the materials submitted in support of, and in opposition to, the motion; pertinent portions of the record; and the applicable law. Being fully advised, the Court ORDERS as follows:

The Court has taken a "preliminary peek"—and only that—at the merits of the pending motion to dismiss at Dkt. # 25, and is generally persuaded by the arguments presented by Plaintiffs at Dkt. # 41. The Court has also considered other factors that may prolong this litigation. For example, Plaintiffs request leave to amend if the Court grants the motion to dismiss. *Id.* at 29. In such an event, there may be another motion to dismiss.[1] In light of all the circumstances presented, the Court believes that the more prudent and reasonable course is to decline to stay discovery. Accordingly, the Court DENIES the motion.

DATED: November 10, 2026.

John H. Chun
United States District Judge

---

[1] Also, looming in the back of the Court's mind is that this District has been flooded with immigration habeas corpus cases. https://www.seattletimes.com/seattle-news/law-justice/wa-sees-historic-surge-of-immigrants-challenging-their-detention/; this has delayed the resolution of many motions in civil matters.